KDE:JPM/ELM
F. #2020R00003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MICHAEL OTHMAN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. 20-570 (FB)
(T. 21, U.S.C., §§ 841(b)(1)(C), 846,
853(a) and 853(p); T. 18, U.S.C.,
§§ 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

CONSPIRACY TO DISTRIBUTE AND POSSESS
WITH INTENT TO DISTRIBUTE OXYCODONE

1.    In or about and between April 2015 and May 2020, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MICHAEL OTHMAN, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing oxycodone, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

2.    The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such

offense to forfeit any property constituting, or derived from, any proceeds obtained directly or indirectly as a result of such offense, including but not limited to approximately two thousand five hundred ninety four dollars and zero cents ($2,594.00) in United States currency seized from the defendant on or about May 20, 2020, in Queens, New York.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

_____
SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2020R00003

No. 20-CR-570 (FB)(PK)

**UNITED STATES DISTRICT COURT**

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*MICHAEL OTHMAN,*

                      Defendant.

**INFORMATION**

(T. 21, U.S.C., §§ 841(b)(1)(C), 846, 853(a) and 853(p);
T. 18, U.S.C., §§ 3551 et seq.)

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day,*

*of*  _ _ _ _ _ _ _ _ _ _ _ _  *A.D. 20* _ _ _ _ _

    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                                          *Clerk*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _
       _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

***James P. McDonald, Assistant U.S. Attorney (718) 254-4065***